JS - 6  / **ENTER**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ISIDRO HUERTA SIGALA,<br><br>      Petitioner,<br><br>     v.<br><br>M. KRAMER, Warden, et al.,<br><br>      Respondent. | Case No. CV 09-06364 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: Sept. 21, 2009  _____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE